EXHIBIT 1

JS 44  (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Anthony Williams

**DEFENDANTS**
Pacific Sunwear of California, LLC

**(b)** County of Residence of First Listed Plaintiff    Maricopa
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Palumbo Wolfe & Palumbo, P.C.
Scott I. Palumbo (AZ Bar No. 021271); (602) 265-5777
2800 N. Central Ave., Suite 1400; Phoenix, AZ 85004

Attorneys *(If Known)*
Bergin, Frakes, Smalley & Oberholtzer, PLLC
Brian Bergin (AZ Bar No. 016375); (602) 888-7855
4343 East Camelback Road, Suite 210; Phoenix, AZ 85018

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
         Plaintiff

☐ 3   Federal Question
         *(U.S. Government Not a Party)*

☐ 2   U.S. Government
         Defendant

☒ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
         Proceeding

☒ 2   Removed from
         State Court

☐ 3   Remanded from
         Appellate Court

☐ 4   Reinstated or
         Reopened

☐ 5   Transferred from
         Another District
         *(specify)*

☐ 6   Multidistrict
         Litigation -
         Transfer

☐ 8   Multidistrict
         Litigation -
         Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1453(b)
Brief description of cause:
Pixel trackers in emails are alleged to violate plaintiff's privacy by extracting "communication service records"

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE

DOCKET NUMBER

DATE
08/09/2024

SIGNATURE OF ATTORNEY OF RECORD
/s/ Brian Bergin

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

IV. **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

V. **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

# EXHIBIT 2

**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

---

1.    **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Anthony Williams | Plaintiff | Scott I. Palumbo (AZ Bar No. 021271)<br>Palumbo Wolfe & Palumbo P.C.<br>2800 N. Central Ave., Suite 1400, Phoenix, AZ<br>Tel: (602) 265-5777<br>(Continued below) |
|  |  | Myles McGuire (IL Bar No. 6287946)<br>Eugene Y. Turin (IL Bar No. 6317282)<br>Jordan R. Frysinger (IL Bar No. 6335897)<br>McGuire Law, P.C.<br>55 W. Wacker Dr., 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002 |
| Pacific Sunwear of California, LLC | Defendant | Bergin, Frakes, Smalley & Oberholtzer, PLLC<br>Brian Bergin (AZ Bar No. 016375)<br>4343 East Camelback Road, Suite 210<br>Phoenix, Arizona 85018<br>Tel: (602) 888-7855 |

2.    **Jury Demand:**

Was a Jury Demand made in another jurisdiction?     Yes  ⬤          No  ◯

If "Yes," by which party and on what date?

Plaintiff                                                                              07/01/2024

3.    **Answer:**

Was an Answer made in another jurisdiction?     Yes  ◯          No  ⬤

If "Yes," by which party and on what date?

---

**4.**     **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Pacific Sunwear of California, LLC | July 11, 2024 | Personal service on registered agent |
| | | |
| | | |

**5.**     **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| N/A | N/A |
| | |
| | |

**6.**     **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | N/A |
| | |
| | |

**7.**     **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Alleges violations of Arizona's Telephone, Utility and Communication Service Records Act based on Defendant's use of email trackers. |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# EXHIBIT 3

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2024-017119 | **Judge:** | Whitten, Christopher |
| **File Date:** | 7/1/2024 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Anthony Williams | Plaintiff | Male | Scott Palumbo |
| Pacific Sunwear Of California L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 7/18/2024 | AFS - Affidavit Of Service | 7/18/2024 | |
| **NOTE:** | Affidavit of Service | | |
| 7/1/2024 | COM - Complaint | 7/2/2024 | |
| **NOTE:** | Class Action Complaint | | |
| 7/1/2024 | CSH - Coversheet | 7/2/2024 | |
| **NOTE:** | Civil Cover Sheet | | |
| 7/1/2024 | CCN - Cert Arbitration - Not Subject | 7/2/2024 | |
| **NOTE:** | Certificate Of Compulsory Arbitration - Is Not Subject To | | |
| 7/1/2024 | SUM - Summons | 7/2/2024 | |
| **NOTE:** | Summons | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| **No records found.** | | | | | |

# EXHIBIT 4

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
7/1/2024 1:28:34 PM
Filing ID 18080276

1  Scott I. Palumbo - State Bar #021271
   PALUMBO WOLFE & PALUMBO, P.C.
2  2800 North Central Avenue, Suite 1400
3  Phoenix, Arizona 85004
   (602) 265-5777
4  (602) 265-7222 (fax)
5  pwsp@palumbowolfe.com

6  Myles McGuire (Illinois Bar No. 6287946)
7  Eugene Y. Turin (Illinois Bar No.6317282)
   Jordan R. Frysinger (Illinois Bar No. 6335897)
8  McGUIRE LAW, P.C.
9  55 W. Wacker Dr., 9th Fl.
   Chicago, Illinois 60601
10 Tel: (312) 893-7002
11 Fax: (312) 275-7895
   mmcguire@mcgpc.com
12 eturin@mcgpc.com
13 jfrysinger@mcgpc.com

14 Attorneys for Plaintiff – Pro Hac Vice

15 *Pro Hac Vice Application to Be Submitted*

16
17 Attorneys for Plaintiff

18              **SUPERIOR COURT OF ARIZONA**
19                 **MARICOPA COUNTY**

20 ANTHONY WILLIAMS, individually and on        **CV2024-017119**
21 behalf of similarly situated individuals,
                                                No.:
22              Plaintiff,
                                                **CLASS ACTION COMPLAINT**
23 v.

24
25 PACIFIC SUNWEAR OF CALIFORNIA, LLC., a
   California limited liability company,
26
27              Defendant.

28

## **CLASS ACTION COMPLAINT**

Plaintiff Anthony Williams ("Plaintiff") brings this Class Action Complaint against Defendant Pacific Sunwear of California, LLC. ("PacSun" or "Defendant") for violations of Arizona's Telephone, Utility and Communication Service Records Act (A.R.S. § 44-1376 *et seq.*). Plaintiff alleges as follows based on personal knowledge as to himself and his own acts and experiences and as to all other matters, on information and belief, including an investigation by his attorneys.

## **NATURE OF THE CASE**

1.     Defendant is one of the nation's largest retailers, boasting $900m in revenue as of 2022.[1]

2.     In order to increase its marketing efforts, Defendant sends massive amounts of marketing emails to its consumers to entice them to purchase its products. However, Defendant embeds hidden spy pixel trackers within its emails which capture sensitive information, including the time and place where Plaintiff and other Arizona residents opened the email and what contents they clicked on. Such spy pixels help Defendant monitor Plaintiff and other Arizona residents' behavior by collecting and storing the above tracking data to build a detailed profile of the email recipients' interests.

3.     Arizona's Telephone, Utility and Communication Service Records Act prohibits a person from knowingly obtaining a "communication service record" of any Arizona resident i) without the authorization of the person to whom the record pertains, or ii) by fraudulent, deceptive

---

[1] https://wwd.com/fashion-news/fashion-features/pacsun-900-million-sales-partnerships-digital-1235154525/

-2-

or false means. A.R.S. § 44-1376.01(A)(1).

4.      Plaintiff and the Class members are recipients of Defendant's emails that utilize spy pixels to obtain, record and collect whether and when the email recipients open and read emails from PacSun, where they open it, how long they looked at it, whether they forwarded it, and how to best target recipients with future emails.

5.      Importantly, Defendant never received Plaintiff's or the Class Members' lawful valid consent to collect, obtain and use this information.

6.      By failing to receive lawful valid consent from Plaintiff and the Class Members, Defendant violated Arizona's Telephone, Utility and Communication Service Records Act.

## JURISDICTION AND VENUE

7.      This Court has subject matter jurisdiction over this matter pursuant to A.R.S § 12-123.

8.      This Court may assert personal jurisdiction over Defendant in accordance with the Arizona Constitution and the Constitution of the United States, because Defendant knowingly conducts business in Arizona such that it has sufficient minimum contacts with Arizona and has purposefully availed itself of Arizona markets to make it reasonable for this Court to exercise jurisdiction over Defendant, and because Plaintiff's claims arise out of Defendant's unlawful in-state actions, as Defendant violated the privacy rights of Plaintiff and other Class members in this State

9.      Venue is proper in Maricopa County pursuant to A.R.S. § 12-401(1) as Plaintiff resides within this county.

**PARTIES**

10.    Plaintiff is a resident within the State of Arizona.

11.    Defendant Pacific Sunwear of California, LLC is a California limited liability company with its principal place of business located in Anaheim, CA.

**COMMON FACTUAL ALLEGATIONS**

**I.    Email Spy Pixels**

12.    Despite Arizona law prohibiting the practice, companies embed trackers within emails without first obtaining consent. Indeed, "[a] 2018 Princeton study on email tracking tested over 12,000 emails from 900 senders offering mailing list subscriptions and found that 70% contained trackers."[2]

13.    Such email trackers are known as "spy pixels."

14.    An email spy pixel is a tiny graphic used to measure various metrics while gathering information about email recipients.

15.    The objective of a spy pixel is to collect email engagement information without the knowledge of the recipient of the email.

16.    Such information collected without the knowledge of the recipient includes: if and when an email is opened and read, when (and how many times) it is read, the IP address and other unique identity details of the computer or smartphone used to read the email, and from the latter, the geographical location of the recipient.

17.    Spy pixels are activated simply by the recipient opening an email in which it is

---

[2] https://www.forbes.com/sites/forbestechcouncil/2022/06/09/the-business-ofemail-tracking-what-to-know-

-4-

contained.

**II.     Defendant's Spy Pixel Tracking**

18.     Defendant embeds spy pixels in its marketing emails and uses such pixels to procure the above-mentioned engagement data from the email's recipients.

19.     Defendant's emails contain unique spy pixel URLs – personalized tokens – for each email it sends so Defendant can link the data collected via its spy pixels with the specific identity of the recipient.

20.     Defendant's embedded spy pixel in its marketing emails sent to Plaintiff and other members of the Class track, among other things, the time and place where emails were opened.

21.     Plaintiff and other members of the Class were unaware that tracking pixels were embedded in the emails sent to them by Defendant.

22.     Defendant never received lawful and valid consent from Plaintiff and the members of the Class to use the aforementioned spy pixels to collect sensitive information from their interactions with its emails.

## FACTS SPECIFIC TO PLAINTIFF

23.     Plaintiff Anthony Williams has frequently received and opened marketing emails from Defendant to review promotional materials.

24.     Plaintiff most recently opened one of Defendant's emails within the past few months.

25.     Each time Plaintiff opened one of Defendant's emails, Defendant procured information identifying him and collected sensitive information, including when he opened and

read the email through Defendant's spy pixels embedded in the emails he received.

26.     Specifically, live-data tracking analysis demonstrates that several spy pixels are embedded in Defendant's emails to track and collect Plaintiff's interactions with the email. Such pixels are embedded in the images of the email, which are stored on a server and referenced in a URL. These URLs contain a Global Universal Identifier (GUID) which can show when a user opened an email and what links they clicked, and further track the user through the website once directed there from the email.

27.     Defendant embeds multiple spy pixels with GUIDs in its emails linked to Plaintiff's identifying information so that Defendant can track when Plaintiff opened the email and to track his interactions with the email to build a detailed profile on his interests.

28.     However, Defendant never received lawful and valid consent from Plaintiff to procure and obtain his private email records or the information Defendant's email spy pixels obtained.

29.     Plaintiff was unaware that spy pixels were embedded in the emails as Defendant does not inform users it embeds tracking pixels in its marketing emails.

30.     As a result, Defendant has violated Arizona's Telephone, Utility and Communications Service Records Act, A.R.S. § 44-1376 *et seq.*

## CLASS ALLEGATIONS

31.     Plaintiff brings this action on his own behalf and on behalf of a class (the "Class") pursuant to Arizona Rules of Civil Procedure Rule 23. Plaintiff seeks to represent a Class defined as follows:

Class: All persons within Arizona who have opened a marketing email containing a tracking pixel from Defendant within the relevant statute of limitations.

32.    Excluded from the Class are any members of the judiciary assigned to preside over this matter; any officer or director of Defendant; and any immediate family member of such officers or directors.

33.    Upon information and belief, there are thousands of members of the Class, making the members of the Class so numerous that joinder of all members is impracticable. Although the exact number of members of the Class is currently unknown to Plaintiff, the members can be easily identified through Defendant's records.

34.    Plaintiff's claims are typical of the claims of the members of the Class Plaintiff seeks to represent, because the factual and legal bases of Defendant's liability to Plaintiff and the other members are the same, and because Defendant's conduct has resulted in similar injuries to Plaintiff and to the Class. As alleged herein, Plaintiff and the Class have all suffered damages as a result of Defendant's violations of A.R.S. § 44-1376.01.

35.    There are many questions of law and fact common to the claims of Plaintiff and the other Class Members, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not limited to, the following:

(a)    Whether Defendant "[k]nowingly procure[d], attempt[ed] to procure, solicit[ed] or conspire[d] with another to procure . . . a communication service record of any resident of this state without the authorization of the customer to whom the record

pertains or by fraudulent, deceptive or false means";

(b)     Whether Plaintiff's and the Class's "communication service records" were procured, sold or received in violation of A.R.S. § 44-1376 *et seq.*;

(c)     Whether Defendant's conduct violates A.R.S. § 44-1376 *et seq.* or any other applicable laws; and

(d)     Whether, as a result of Defendant's misconduct, Plaintiff and the other Class Members are entitled to restitution, injunctive, and/or monetary relief.

36.     Absent a class action, most members of the Class would find the cost of litigating their claims to be prohibitively expensive and would thus have no effective remedy. The class treatment of common questions of law and fact is superior to multiple individual actions in that it conserves the resources of the courts and the litigants and promotes consistency of adjudication.

37.     Plaintiff will adequately represent and protect the interests of the members of the Class. Plaintiff has retained counsel with substantial experience in prosecuting complex litigation and class actions. Plaintiff and Plaintiff's counsel are committed to vigorously prosecuting this action on behalf of the other members of the Class and have the financial resources to do so. Neither Plaintiff nor Plaintiff's counsel have any interest adverse to those of the other members of the Class.

38.     Defendant has acted and failed to act on grounds generally applicable to Plaintiff and the other members of the Class, requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making injunctive or corresponding declaratory relief appropriate for the Class as a whole.

-8-

## COUNT ONE
### Violations of A.R.S. § 44-1376.01
### (On behalf of Plaintiff and the Class)

39.     Plaintiff hereby incorporates the above allegations by reference as though fully set forth herein.

40.     Defendant embeds spy pixels in its marketing emails sent to Plaintiff and Class Members.

41.     The spy pixels are designed to extract "communication service records" related to the delivery of the email the spy pixel is embedded in. This includes, but is not limited to, time logs of email access, logs of associated email addresses, logs of email client type, logs of email path data, logs of recipient location, logs of IP address, logs of email forwarding data, and logs of device information including specifically tracking when a recipient opened an email, what links they clicked and then tracking the user through the website once directed there from the email.

42.     Defendant "procures" Plaintiff's and Class Members' "communication service records" because they "obtain by any means, including electronically" Plaintiff's and Class Members' "communication service records" as defined in A.R.S. § 44-1376.

43.     In contravention of A.R.S. § 44-1376.01, Defendant knowingly procures "subscriber information, including logs, records of the path of an electronic communication between the point of origin and the point of delivery and the nature of the communication service provided, such as. . . electronic mail . . .," which constitute "communication service records" under A.R.S. § 44-1376, from Plaintiff and Class Members.

44.     Defendant acted deceptively because Plaintiff and Class Members were never informed by Defendant, and thus never knew, that Defendant would be procuring sensitive

information such as time logs of email access, associated email addresses, email client type, email path data, IP addresses, device information, and specifically, when a they opened an email, what links they clicked and then information tracking the user through the website once directed there from the email.

45.     Plaintiff and Class Members never gave lawful consent to Defendant to procure the communication service records.

46.     Each time Defendant sent an email containing a spy pixel, Defendant procured a communication service record, thus committing a separate violation of A.R.S. § 44-1376.01.

47.     Defendant invaded Plaintiff's and Class Members' right to privacy by its invasive spy pixel tracking of Plaintiff's and Class Members' sensitive email engagement information including when they opened and read an email. That conduct also intruded upon their seclusion.

48.     Accordingly, Plaintiff and Class Members pray for the relief set forth by statute, including actual damages, profits made by Defendant as a result of its violations, $1,000 for each violation, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other equitable relief as the court determines to be appropriate.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of himself and the Class, prays for the following relief:

1.     An order certifying the Class as defined above;

2.     For all forms of relief set forth above

3.     An order enjoining Defendant from continuing to engage in the unlawful conduct and practices described herein;

4.      An award of attorney's fees and costs; and

5.      Award such further relief as the Court deems reasonable and just.

### JURY DEMAND

Plaintiff requests trial by jury of all claims that can be so tried.

DATED this 1st day of July, 2024.

McGUIRE LAW, P.C.

and

PALUMBO WOLFE & PALUMBO, P.C.

By_____
Scott I. Palumbo
2800 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Attorneys for Plaintiff and the Putative Class

ORIGINAL of the foregoing filed
this 1st day of July, 2024, with:

Clerk of the Superior Court
Maricopa County Superior Court
201 W. Jefferson St.
Phoenix, Arizona 85003

By_____

-11-

EXHIBIT 5

Clerk of the Superior Court
*** Electronically Filed ***
E. Luetke, Deputy
7/18/2024 10:02:16 AM
Filing ID 18173063

Palumbo Wolfe & Palumbo PC
2800 N. Central Ave., Suite 1400
Phoenix, AZ 85004
(602) 265-5777

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA**

Anthony Williams

                              Plaintiff,

vs.

Pacific Sunwear of California, LLC

                              Defendant.

Case Number: CV2024-017119

**AFFIDAVIT OF SERVICE**

Received by GSI to be served on **Pacific Sunwear Of California, LLC, 330 N. Brand Blvd., #700, Glendale, CA 91203**.

I, John Abramyan, being duly sworn, depose and say that on the **11th day of July, 2024** at **10:51 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint; Certificate of Compulsory Arbitration** with the date and hour of service endorsed thereon by me, to: **Jessie Gastelum** as **Intake Specialist For CT Corp, Agent** for **Pacific Sunwear Of California, LLC**, at the address of: **330 N. Brand Blvd., #700, Glendale, CA 91203**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hisp, Height: 5'5", Weight: 150, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the __17__
day of ___July___, __2024__ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

_____
**John Abramyan**
6898

**GSI**
**360 E. 1st St., Suite 773**
**Tustin, CA 92780**
**(714) 788-4860**

Our Job Serial Number: GSI-2024006572
Ref: Williams v Pacific Sunwear of California
Service Fee: $90.00

TONI LYNN SANO
Notary Public - California
Orange County
Commission # 2485603
My Comm. Expires Apr 23, 2028

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# EXHIBIT 6

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
7/1/2024 1:28:34 PM
Filing ID 18080277

**Plaintiff's Attorneys:**

Scott I Palumbo - Primary Attorney
Bar Number: 021271, issuing State: AZ
Law Firm: Palumbo Wolfe
2800 N. Central Ave. Suite 1400
Phoenix, AZ 85004
Telephone Number: (602)265-5777
Email address: spalumbo@palumbowolfe.com

**CV2024-017119**

Myles McGuire
Bar Number: 6287946, issuing State: IL
Law Firm: McGUIRE LAW, P.C.
Telephone Number: (312)893-7002

Eugene Y Turin
Bar Number: 6317282, issuing State: IL
Law Firm: McGUIRE LAW, P.C.
Telephone Number: (312)893-7002

Jordan R Frysinger
Bar Number: 6335897, issuing State: IL
Law Firm: McGUIRE LAW, P.C.
Telephone Number: (312)893-7002

**Plaintiff:**

ANTHONY WILLIAMS

**Defendant:**

PACIFIC SUNWEAR OF CALIFORNIA, LLC
3450 E. Miraloma Avenue
Anaheim, CA 92806

Discovery Tier t3

Case Category: Other Civil Case Categories
Case Subcategory: Violation AZ Communication Act

AZTurboCourt.gov Form Set #9631503

Person Filing: Scott I Palumbo
Address (if not protected): 2800 N. Central Ave. Suite 1400
City, State, Zip Code:  Phoenix, AZ 85004
Telephone: (602)265-5777
Email Address: spalumbo@palumbowolfe.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 021271, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
7/1/2024 1:28:34 PM
Filing ID 18080279

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2024-017119**

ANTHONY WILLIAMS
_____
Name of Plaintiff

**SUMMONS**

AND

PACIFIC SUNWEAR OF CALIFORNIA, LLC
_____
Name of Defendant

| |
|---|
| **WARNING**:  This is an official document from the court that affects your rights.  Read this carefully.  If you do not understand it, contact a lawyer for help. |

**FROM THE STATE OF ARIZONA TO:** PACIFIC SUNWEAR OF CALIFORNIA, LLC
                                                          _____
                                                                    Name of Defendant

1.  **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to <u>Clerk of the Superior Court,</u> <u>or electronically file your Answer through one of Arizona's approved electronic filing systems at</u> <u>http://www.azcourts.gov/efilinginformation</u>. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note:  If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #9631503

3.   If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.   You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.   Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.   Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *July 01, 2024*

*JEFF FINE*
Clerk of Superior Court

By: *Y. MORALEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
7/1/2024 1:28:34 PM
Filing ID 18080278

Person/Attorney Filing: Scott I Palumbo
Mailing Address: 2800 N. Central Ave. Suite 1400
City, State, Zip Code: Phoenix, AZ 85004
Phone Number: (602)265-5777
E-Mail Address: spalumbo@palumbowolfe.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 021271, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

ANTHONY WILLIAMS
Plaintiff(s),
v.
PACIFIC SUNWEAR OF CALIFORNIA, LLC
Defendant(s).

Case No. **CV2024-017119**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this July 01, 2024

By: Scott I Palumbo /s/
Plaintiff/Attorney for Plaintiff

EXHIBIT 7

**LR Civ 3.6(b)(10) Verification of Brian M. Bergin**

1. I, Brian M. Bergin, am counsel for Pacific Sunwear of California, LLC, the removing party herein.

2. I hereby verify that true and complete copies of all pleadings and other documents filed in Maricopa County Superior Court proceeding CV2024-017119 have been submitted with this Notice of Removal.

3. I verify under penalty of perjury that the foregoing is true and correct.

   Executed on August 9, 2024.

   */s/ Brian M. Bergin*
   _____
   Brian M. Bergin

EXHIBIT 8

BA20241362468

# STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## LIMITED LIABILITY COMPANY

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20241362468
Date Filed: 7/25/2024

**Entity Details**

| | |
|---|---|
| Limited Liability Company Name | PACIFIC SUNWEAR OF CALIFORNIA, LLC |
| Entity No. | 201625610185 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

Principal Address — 3450 E MIRALOMA AVE
ANAHEIM, CA 92806

**Mailing Address of LLC**

Mailing Address — 3450 E MIRALOMA AVE
ANAHEIM, CA 92806

Attention

**Street Address of California Office of LLC**

Street Address of California Office — None

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| Michael Miles | 3450 E MIRALOMA AVE ANAHEIM, CA 92806 |
| Brieane Olson | 3450 E MIRALOMA AVE ANAHEIM, CA 92806 |

**Agent for Service of Process**

California Registered Corporate Agent (1505) — C T CORPORATION SYSTEM
Registered Corporate 1505 Agent

**Type of Business**

Type of Business — Clothing stores (men's, women's)

**Email Notifications**

Opt-in Email Notifications — Yes, I opt-in to receive entity notifications via email.

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Vaio Goulionis*

*07/25/2024*

Signature

Date