# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Williams,<br><br>    Plaintiff,<br><br>v.<br><br>Pacific Sunwear of California LLC,<br><br>    Defendant. | NO. CV-24-02015-PHX-JJT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 16, 2025, Plaintiff to take nothing, and the complaint and action are dismissed.

                                          Debra D. Lucas
                                          District Court Executive/Clerk of Court

April 16, 2025

                                          s/ Rebecca Kobza
                              By   Deputy Clerk