UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>PACIFIC SUNWEAR OF CALIFORNIA, LLC, a California limited liability company,<br><br>    Defendant - Appellee. | No. 25-3131<br><br>D.C. No. 2:24-cv-02015-JJT<br>District of Arizona, Phoenix<br><br>ORDER |

The Clerk is directed to temporarily close this court's docket for administrative purposes. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order. At any time, any party may request that this appeal be reopened.

Within 14 days after a ruling in Smith v. Target Corp. et al., Arizona Court of Appeals Case No. 1 CA-CV 25-0120, counsel shall provide Circuit Mediator Paula Raffaelli with an email update at Paula_Raffaelli@ca9.uscourts.gov.

                                  FOR THE COURT:

                                  Paula Raffaelli<br>                                  Circuit Mediator